IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID BROWN,
    *Plaintiff,*
 v.

CITY OF PHILADELPHIA, *et al.*,

    *Defendants.*

CIVIL ACTION
NO. 18-1126

## ORDER

**AND NOW**, this 31st day January, 2019, upon consideration of the City of Philadelphia's Motion to Dismiss (ECF No. 28) and Plaintiff's Response (ECF No. 37) and John Barthle's Motion to Dismiss (ECF No. 34) and Plaintiff's Response (ECF No. 35), it is hereby **ORDERED** that the Motions are **GRANTED**. Plaintiff's claims against City of Philadelphia and John Barthle are **DISMISSED** with prejudice.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.