# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID BROWN,<br>    *Plaintiff,*<br>v.<br>MICHAEL McCAFFERTY, *et al.*,<br>    *Defendants.* | CIVIL ACTION<br>NO. 18-1126 |

## ORDER

**AND NOW**, this 24th day February, 2020, upon consideration of Defendants' Unopposed Motion *in Limine* (ECF No. 87), Plaintiff's Motion *in Limine* (ECF No. 88) and Defendants' Response (ECF No. 90), it is hereby **ORDERED** that:

1. Defendants' Motion (ECF No. 87) is **GRANTED**;

2. Plaintiff's Motion (ECF No. 88) is **DENIED**; and

3. Defendants may impeach the Plaintiff's character for truthfulness with evidence of his prior convictions consistent with Federal Rule of Evidence 609(a)(1)(A). Defendants may also introduce evidence of Plaintiff's aggravated assault and burglary convictions under Federal Rule of Evidence 404(b) for the limited purpose of establishing motive.

                 BY THE COURT:

                 ***/s/ Gerald J. Pappert***
                 GERALD J. PAPPERT, J.