IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID BROWN,<br>    *Plaintiff,*<br> v.<br>CITY OF PHILADELPHIA, *et al.*,<br>    *Defendants.* | CIVIL ACTION<br>NO. 18-1126 |

## ORDER

**AND NOW**, this 16th day of April 2020, upon consideration of David Brown's Motion to Alter or Amend the Judgment (ECF No. 118), Brown's Motion for a New Trial (ECF No. 121) and Defendants' Responses (ECF Nos. 120 & 129), it is hereby **ORDERED** that:

1. The Motion to Alter or Amend the Judgment is (ECF No. 118) is **DENIED**;
2. The Motion for a New Trial (ECF No. 121) is **DENIED**; and
3. Counsel for the Defendants shall **MAIL** a copy of this Order and the accompanying Memorandum to Brown.

                BY THE COURT:

                */s/ Gerald J. Pappert*
                GERALD J. PAPPERT, J.